UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2427

MELVIN J. MOODY,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security Administration,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge.  (CA-04-127-H)

Submitted:  March 7, 2007              Decided:  April 9, 2007

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for Appellant.
Frank D. Whitney, United States Attorney, Anne M. Hayes, R. A.
Renfer, Jr., Assistant United States Attorneys, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin J. Moody appeals the district court's order and judgment affirming the Commissioner's decision denying disability insurance benefits and Social Security Income payments. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. <u>See</u> 42 U.S.C. § 405(g) (2000); <u>Craig v. Chater</u>, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Moody v. Barnhart</u>, No. CA-04-127-H (E.D.N.C. Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>